UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-05777-DOC-SK Date: July 17, 2026
Title Anthony Phillip Rose v. C. Rojas, Warden

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Petitioner is a California state prisoner seeking federal habeas relief under 28 U.S.C. § 2254 from his 2018 conviction for second-degree robbery. But in 2022, petitioner filed a § 2254 petition attacking that same conviction. *See Anthony Phillip Rose v. Warden*, No. 2:22-cv-08155-DOC-SHK (C.D. Cal.). That petition was denied in part and dismissed in part. *Id.* at Dkt 26-27. Now, four years later, petitioner again seeks relief from his 2018 conviction with another § 2254 petition. Thus, the current petition is a "second or successive application" for habeas relief that must comply with several procedural requirements before it can be entertained on the merits. *See Rivers v. Guerrero*, 605 U.S. 443, 456–57, 459 (2025) ("A second-in-time § 2254 petition generally qualifies as a second or successive application, triggering the requirements of § 2244(b), when an earlier filed petition has been decided on the merits and a judgment exists."); *accord McNabb v. Yates*, 576 F.3d 1028, 1029 (9th Cir. 2009).

As most pertinent here, petitioner must "move in the appropriate court of appeals for an order authorizing the district court to consider the [second or successive] application." 28 U.S.C. § 2244(b)(3)(A). Here, that court of appeals is the Ninth Circuit. So unless the Ninth Circuit provides authorization, this court has no jurisdiction to review the instant petition. *See Banister v. Davis*, 590 U.S. 504, 509 (2020); *Burton v. Stewart*, 549 U.S. 147, 153 (2007); *Cooper v. Calderon*, 274 F.3d 1270, 1274 (9th Cir. 2001). For this reason, petitioner is ORDERED TO SHOW CAUSE in writing by no later than **August 14, 2026** why his § 2254 petition should not be dismissed for lack of jurisdiction.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 2:26-cv-05777-DOC-SK | Date: July 17, 2026 |
| Title | Anthony Phillip Rose v. C. Rojas, Warden | |

To satisfy this order, petitioner must do two things: First, sign, date, and return to this court the attached notice of voluntary dismissal without prejudice on Form CV-09y. Second, complete and file in the Ninth Circuit the attached Application for Leave to File Second or Successive Petition on the approved Circuit Form 12. (Form 12 Instructions are also attached). Otherwise, if petitioner fails to timely comply with or otherwise respond to this order, it may be deemed his consent to involuntary dismissal of the petition—including with prejudice—for failure to prosecute and obey court orders. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

Attachments